UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SISER NORTH AMERICA, INC.,                    Case No. 26-10602

      Plaintiff,                                      F. Kay Behm
v.                                                            United States District Judge

KIRK ANTON and HEAT
TRANSFER WAREHOUSE, INC.,

      Defendants.
_____/

## ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (ECF No. 3)

On February 20, 2026, Plaintiff Siser North America, Inc. filed a complaint against Defendants Kirk Anton and Heat Transfer Warehouse, Inc.  On February 27, 2026, Defendants jointly filed a Motion to Dismiss Counts II through VII of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).  ECF No. 3.

Fed. R. Civ. P. 15(a)(1)(B) states that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b), rather than filing a response.  Accordingly, without expressing any view regarding the merits of the Motion to Dismiss, the court reminds Plaintiff of the opportunity to cure any purported deficiencies by filing an amended complaint.

1

If Plaintiff files an amended complaint, the court will deny without prejudice the currently pending Motion to Dismiss as moot.  If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: March 3, 2026                              s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge