UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SISER NORTH AMERICA, INC.,          Case No. 26-10602

      Plaintiff,                      F. Kay Behm
v.                                   United States District Judge

KIRK ANTON and HEAT
TRANSFER WAREHOUSE, INC.,

      Defendants.
_____/

**ORDER REGARDING DEFENDANT'S MOTION
TO DISMISS AMENDED COMPLAINT (ECF No. 10)**

On March 16, 2026, Plaintiff Siser North America, Inc. filed a first

amended complaint against Defendants Kirk Anton and Heat Transfer

Warehouse, Inc.  On March 30, 2026, Defendants jointly filed a Motion to

Dismiss Counts II through VIII of the First Amended Complaint pursuant

to Fed. R. Civ. P. 12(b)(6) and 9(b).  ECF No. 10.

Fed. R. Civ. P. 15(a)(2) states that the court "should freely give

leave" to amend the complaint when justice so requires.  Without

expressing any view regarding the merits of the Motion to Dismiss, the

court will offer Plaintiff the opportunity to cure any purported deficiencies

by filing a second amended complaint within 21 days after service of the

1

Motion under Rule 12(b), rather than filing a response.

If Plaintiff files a second amended complaint, the court will deny without prejudice the currently pending Motion to Dismiss.  If Plaintiff elects not to file a second amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

On March 30, 2026, Defendant Heat Transfer Warehouse, Inc. filed a motion for an enlargement of time to respond to Plaintiff's Amended Complaint.  ECF 12.  The motion for extension of time is granted; Rule 12(a)(4) tolls the time to file an answer until after the motion to dismiss is resolved.

**SO ORDERED**.

Date: April 9, 2026                     s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

2