UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SISER NORTH AMERICA, INC.,                 Case No. 26-10602

     Plaintiff,                           F. Kay Behm
v.                                         United States District Judge

KIRK ANTON and HEAT
TRANSFER WAREHOUSE, INC.,

     Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR IMMEDIATE
<u>POSSESSION (ECF No. 8)</u>**

Plaintiff filed a motion for immediate possession and delivery of collateral on March 16, 2026.  ECF No. 8.  A hearing was set for April 8, 2026, and a response was filed on March 30.  ECF No. 11.  Oral argument was held on the motion on April 8, 2026, at which counsel for both parties appeared.  For the reasons stated on the record, Plaintiff's motion for immediate possession pending final judgment (ECF No. 8) is **DENIED**.

    **SO ORDERED**.

Date: April 13, 2026                  s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge

1